# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LINCOLN SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. |
| ) | |
| CITY OF BOSTON, BOSTON POLICE ) | |
| DEPARTMENT, COMMISSIONER WILLIAM ) | |
| G. GROSS, DETECTIVE MATTHEW BECKER, ) | |
| POLICE OFFICER DANA LAMB, and ) | |
| JUNE FREEL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C.A. §§1331, 1441 and 1446, defendant City of Boston (the "City") files this Notice of Removal of the above-captioned case from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Suffolk County, to the United States District Court for the District of Massachusetts. In support of this notice of removal, the City states as follows:

## CASE BACKGROUND AND GROUNDS FOR REMOVAL

1.  On November 19, 2020, the plaintiff commenced a civil action in the Suffolk Superior Court against the City, among other defendants, styled *Smith v. City of Boston, et al.*, C.A. No. 2084CV02675 (the "State Court Action"). Plaintiff's complaint asserts five (5) counts against the defendants, including (3) against the City and/or the Boston Police Department

("BPD").[1] The counts against the City include the first three counts, which allege violations of a federal statute: 42 U.S.C. § 1983. Plaintiff also asserts a state statutory claims (under M.G.L. c. 12, §11(I)) against the City.

2. As required by 28 U.S.C. §1446(a), attached as **Exhibit A** are copies of all process, pleadings and orders served upon the City in the State Court Action.

3. The Notice of Removal is timely. Service of Plaintiff's complaint was made on the City on December 30, 2020. This Notice of Removal was filed prior to the expiration of 30 days from the date of service. *See* 28 U.S.C. §1446(b)(1); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

4. This Court has federal question subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as the civil action arises under three separate sections of Chapter 42 of the United States Code.

5. Venue in proper in this Court pursuant to 28 U.S.C.A. §1441(a) because the State Court Action is pending in Massachusetts.

6. To the extent that there are any true defendants other than the City in this action, all defendants who are known to have been served, have consented, as required by 28 U.S.C. 1446(b)(2)(A), to the removal of this action to the United States District Court for the District of Massachusetts.

---

[1] The Boston Police Department is not a separate and distinct legal entity, but rather a department of the City. In addition, Plaintiff has one "official capacity" claim. Claims asserted against an individual defendants "in an official capacity" are claims against the City. See *Kentucky v. Graham*, 473 U.S. 159, 165-66 (1985) ("[A]n official-capacity suit is, in all respects other than name, to be treated as a suit against the entity.").

7.	This Notice of Removal has been served on Plaintiff's counsel. A Notice of Filing of Notice of Removal (attached as **Exhibit B**) will be filed in the Suffolk Superior Court upon filing of this Notice of Removal.

**WHEREFORE**, the City hereby removes the above-captioned case from the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts (Suffolk) and requests that further proceedings be conducted in this Court as provided by law.

Date:	January 7, 2021

Respectfully submitted,
**CITY OF BOSTON,**
By its attorneys:

Eugene F. O'Flaherty
Corporation Counsel

*/s/ Nieve Anjomi*
Nieve Anjomi (BBO#651212)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA  02201
(617) 635-4098
nieve.anjomi@boston.gov

## Certificate of Service

I, Nieve Anjomi, hereby certify that on January 7, 2021, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants and counsel for the plaintiff, Vikas Dhar, Esq. (vikas@dharlawllp.com) and Robert Griffin, Esq. (rgriffin@dharlawllp.com), Dhar Law LLP, One Constitutional Wharf, Ste 320, Charlestown, MA 02129, by email, who have not yet made an appearance before this Court.

*/s/ Nieve Anjomi.*
Nieve Anjomi