# EXHIBIT B

## COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, ss.**   **SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT**
**CIVIL ACTION NO. 2084cv2675**

|  |  |
|---|---|
| LINCOLN SMITH, | ) |
| Plaintiff, | ) |
| v. | ) |
| CITY OF BOSTON, BOSTON POLICE DEPARTMENT, COMMISSIONER WILLIAM G. GROSS, DETECTIVE MATTHEW BECKER, POLICE OFFICER DANA LAMB, and JUNE FREEL, | ) |
| Defendants. | ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that the above-captioned case has been removed from the Superior Court Department of the Trial Court, Suffolk County, to the United States District Court for the District of Massachusetts. A copy of the Notice of Removal filed with the United States District Court is attached hereto as **Exhibit A**. In accordance with the provisions of 28 U.S.C.A §1446(d), the filing of this Notice and the Notice of Removal effects the removal of this action, and this Court may proceed no further unless and until the case is remanded.

Date:   January 7, 2021                         Respectfully submitted,

**CITY OF BOSTON,**

By its attorneys:

Eugene F. O'Flaherty
Corporation Counsel

*/s/ Nieve Anjomi*
_____
Nieve Anjomi (BBO#651212)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA  02201
(617) 635-4098
nieve.anjomi@boston.gov

## Certificate of Service

I, Nieve Anjomi, hereby certify that a true copy of the above document was served upon all counsel of record via email on January 7, 2021.

*/s/ Nieve Anjomi*
_____
Nieve Anjomi