UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:21-CV-10039

| | |
|---|---|
| LINCOLN SMITH,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON,<br>BOSTON POLICE DEPARTMENT,<br>COMMISSIONER WILLIAM G. GROSS,<br>DETECTIVE MATTHEW BECKER,<br>POLICE OFFICER DANA LAMB,<br>AND JUNE FREEL,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF LINCOLN SMITH'S ANWER TO DEFENDANT
JUNE FREEL'S COUNTERCLAIM FOR ASSAULT AND BATTERY**

The Plaintiff, denying each and every allegation that is not specifically admitted herein, responds as follows to the enumerated paragraphs in the Counterclaim for Assault and Battery filed against him by Defendant June Freel.

1. Admits the allegations contained in Paragraph 1.

2. Admits the allegations contained in Paragraph 2.

3. Admits the allegations contained in Paragraph 3.

4. Denies the allegations contained in Paragraph 4 as written.

5. Admits the allegations contained in Paragraph 5.

6. Denies the allegations contained in Paragraph 6 as written.

7. Admits that Plaintiff was arrested for assault and battery and denies the remainder.

8. Admits the allegations contained in Paragraph 8.

9. Denies the allegations contained in Paragraph 9.

10. Denies the allegations contained in Paragraph 10.

11. Denies the allegations contained in Paragraph 11.

## AFFIRMATIVE DEFENSES

### First Defense

The Defendant may not recover, in whole or in part, because the allegations contained in the Counterclaim fail to state claims against the Plaintiff upon which relief can be granted.

### Second Defense

The Defendant may not recover, in whole or in part, because the Defendant's claims are barred by the statute of limitations.

### Third Defense

The Defendant may not recover, in whole or in part, because the Defendant's claims are barred by the doctrine of unclean hands.

### Fourth Defense

The Defendant may not recover, in whole or in part, because the Defendant's actions caused the incident which is the subject matter of the Plaintiff's Complaint.

## RELIEF REQUESTED

WHEREFORE, Plaintiff requests that this Court:

1. Award compensatory damages;
2. Award punitive damages;
3. Award the cost of this action including reasonable attorney's fees, and
4. Award such other further relief as this court deems appropriate and necessary.

## JURY DEMAND

A trial by jury is hereby demanded.

3

                                       Respectfully submitted,
                                       For the Plaintiff,

                                       By his attorneys,



Robert M. Griffin, BBO No. 553893
rgriffin@dharlawllp.com
Vikas S. Dhar, BBO No.
vikas@dharlawllp.com

**DHARLAW** llp

One Constitution Wharf, Suite 300
One Constitution Road
Charlestown, MA 02129
Tel: 617.880.6155
Fax: 617. 880.6160

Dated:  April 16, 2021

### Certificate of Service

    I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 16, 2021.

                                                                                 Robert M. Griffin